FILED
2015 Aug-26 PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA



**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**JASPER DIVISON**

| | |
|---|---|
| **JOHN DOE (an alias)** | ) |
| **On behalf of himself and all others** | ) |
| **Similarly situated** | ) |
| | )     **6:15-CV-01464-LSC** |
| **Plaintiffs,** | ) |
| | ) **JURY TRIAL DEMANDED** |
| **v.** | ) |
| | ) |
| **AVID LIFE MEDIA, INC. a corporation, and** | ) |
| **AVID DATING LIFE, INC. d/b/a ASHLEY** | ) |
| **MADISON** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## MOTION TO PROCEED ANONYMOUSLY

COMES NOW Plaintiff John Doe in the above styled action, by and through counsel of record, and submits this Motion to Proceed Anonymously in the instant litigation. In support thereof, Plaintiff states the following:

1.    This action concerns the release of private personal and financial information for customers of AshleyMadison.com, which is marketed as a discrete dating website for people who are in existing relationships.

2.    The recent release of the personal and financial information to the public caused by Defendants' failure to implement reasonable security measures has caused Plaintiff's and the putative Class's names, email addresses, physical addresses, credit card number and other information to be revealed to the public.

1

3.     Due to the embarrassment and emotional distress associated with the release of this information, it is Plaintiff's desire that he be permitted to proceed anonymously in the instant litigation to prevent any further damage resulting from the public's awareness that Plaintiff was a member of the site.

4.     The Defendants will not be prejudiced if the Court allows Plaintiff to proceed anonymously.

WHEREFORE, premises considered, Plaintiff respectfully request an order from this Court allowing the Plaintiff to proceed anonymously.


Respectfully Submitted,


s/Thomas E. Baddley, Jr.
THOMAS E. BADDLEY, JR.

s/Jeffrey P. Mauro
JEFFREY P. MAURO

s/John Parker Yates
JOHN PARKER YATES


BADDLEY & MAURO, LLC
850 Shades Creek Parkway, Ste. 310
Birmingham, AL 35209
205-939-0090
tbaddley@baddleymauro.com
jpmauro@baddleymauro.com
jpy@baddleymauro.com

Defendants' address:

Avid Life Media, Inc.
Avid Dating Life, Inc.
20 Eglinton Avenue West
Ste. 1200, Box 2055
Toronto, On M4R 1K8